FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 9 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Zanakis, | ) | CV 01-00661DAE-BMK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| Emmis Communications, et al. | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

I, Bruce Voss, the designated Court custodian of all defendant's exhibits, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED:   Honolulu, Hawaii, AUG 2 5 2006 .

_____
Signature for Bruce Voss

**PLEASE SIGN AND RETURN THIS COPY TO CLERK'S OFFICE**